```
McGREGOR W. SCOTT
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FAULINE TOPAUM,<br>  aka Fauline Nephi,<br><br>        Defendant. | Mag. No. 07-152 GGH<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT; ORDER |

### MOTION TO DISMISS

On May 18, 2007, this Court filed a complaint against the above-captioned defendant for unlawful flight to avoid prosecution and issued a warrant for her arrest. The undersigned has been notified by the Federal Bureau of Investigation that the defendant was arrested on the warrant on May 24, 2007, and was thereafter transferred into the custody of local authorities. The government now respectfully requests that the complaint be dismissed.

Dated:                                     McGREGOR W. SCOTT
                                          United States Attorney

                                   By: */s/ Kyle Reardon*
                                        KYLE F. REARDON
                                        Assistant U.S. Attorney

<pre>
1                                Order
2       Good cause appearing, the government's motion to dismiss the
3  complaint for unlawful flight to avoid prosecution, filed in the
4  above-captioned matter on May 18, 2007, is hereby DISMISSED.
5       IT IS SO ORDERED.
6
7  DATED: 7/25/07
                                      /s/ Gregory G. Hollows
8                                     _____
                                      HONORABLE GREGORY G. HOLLOWS
9                                     United States Magistrate Judge
10 topaum.ord
</pre>